UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br>JAMAL WILLIAM,<br><br>    Defendant. | Case No. 2:17-cr-00124-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant Jamal William's Joinder to Defendant Norris' Motion for Disclosure of Any Promises of Immunity or Leniency to Any Witnesses by the United States Attorney (ECF No. 192), filed September 5, 2018. The Court conducted a hearing on Defendant Norris' motion for disclosure on September 13, 2018.

The Court previously denied Defendant Norris' Motion for Disclosure (ECF No. 195). However, the Court ordered the governments counsel to provide defense counsel documentation as requested in the motion for disclosure regarding promises of immunity/leniency to any witnesses be produced within **ten (10) days** prior to the defendant's trial date. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Jamal William's Joinder to Defendant Norris' Motion for Disclosure of Any Promises of Immunity or Leniency to Any Witnesses by the United States Attorney (ECF No. 192) is **granted**.

. . .

. . .

. . .

. . .

. . .

1

**IT IS FURTHER ORDERED** that Defendant Jamal William is instructed to review the minutes of the proceeding held on September 13, 2018 found on the Court Docket. (ECF No. 195).

Dated this 24th day of September 2018.

_George Foley Jr._
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE