KRISTINE M. KUZEMKA, ESQ.
Nevada Bar #8836
Kuzemka Law Group
1180 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89144
(702) 949-9990
kristine@kuzemkalaw.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>JAMAL WILLIAM,<br><br>           Defendant. | Case No.  2:17-cr-124-JAD-GWF<br><br>**ORDER TO CONTINUE SENTENCING**<br><br>ECF No. 304 |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby orders that sentencing in the above-captioned matter be vacated and continued until June 24, 2019, at the hour or 11:00 a.m.

DATED: 4/12/2019

_____
**UNITED STATES DISTRICT JUDGE**

3