KRISTINE M. KUZEMKA, ESQ.
Nevada Bar #8836
Kuzemka Law Group
1180 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89144
(702) 949-9990
kristine@kuzemkalaw.com
*Attorney for Defendant, Jamal William*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAMAL WILLIAM,<br><br>    Defendant. | Case No. 2:17-cr-124-JAD-GWF<br><br>**STIPULATION TO REMOVE GLOBAL POSITIONING SATELLITE MONITORING DEVICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas Trutanich, United States Attorney, and Robert Knief, Assistant United States Attorney, and Kristine M. Kuzemka, Esq., counsel for Defendant, JAMAL WILLIAM, that the Global Positioning Satellite (GPS) Monitoring Device be removed.

This Stipulation is entered for the following reasons:

1. Defense Counsel was advised by Pre-trial Services Officer Allison, that Mr. William has been in compliance with the conditions of the Pre-trial release Order since the Court's Order dated July 24, 2018 (ECF 163);

///
///
///
///
///
///

2. Both counsel for the United States and the pre-trial release officer have no objection to the request for for removal of the device;

DATED this 25th day of April, 2019.

/s//*ROBERT KNIEF*  /s//*KRISTINE M. KUZEMKA*
ROBERT KNIEF   KRISTINE M. KUZEMKA, ESQ.
Assistant United States Attorney   Nevada Bar #8836
Counsel for the United States   Kuzemka Law Group
1180 N. Town Center Drive, Ste. 100
Las Vegas, Nevada 89144
*Attorney for Defendant JAMAL WILLIAM*

KRISTINE M. KUZEMKA, ESQ.
Nevada Bar #8836
Kuzemka Law Group
1180 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89144
(702) 949-9990
kristine@kuzemkalaw.com
*Attorney for Defendant, Jamal William*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JAMAL WILLIAM,<br><br>        Defendant. | Case No. 2:17-cr-124-JAD-GWF |

## **ORDER**

IT IS THEREFORE ORDERED that the Global Positioning Satellite (GPS) Monitoring Device be removed from Defendant JAMAL WILLIAM.

Dated this 30th day of April, 2019.

                              **UNITED STATES MAGISTRATE JUDGE**